# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Kem Peters,<br><br>                    Plaintiff,<br><br>     v.<br><br>Law Office of Michael A. Troiano, et al.,<br><br>                    Defendants. | Case No. 2:21-cv-01370-JAD-BNW<br><br>**REPORT AND RECOMMENDATION** |

    On July 22, 2021, the Court entered an order requiring Plaintiff to file an application to proceed *in forma pauperis* or to pay the filing fee in this case. ECF No. 3. The Court noted that a failure to comply with the Court's order would result in a recommendation that this case be dismissed. *Id.* Plaintiff did not comply with this Court's order or otherwise take any action in this case. Accordingly, it appears Plaintiff abandoned his case.

    IT IS THEREFORE RECOMMENDED that Plaintiff's case be dismissed without prejudice.

## NOTICE

    This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely

objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: September 17, 2021

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE