UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Kem Peters,

    Plaintiff

v.

Law Office of Michael A. Troiano, et al.,

    Defendants.

Case No.: 2:21-cv-01370-JAD-BNW

**Order Adopting Report & Recommendation and Dismissing Action**

[ECF No. 4]

    On July 22, 2021, the magistrate judge entered an order requiring the plaintiff to file an application to proceed *in forma pauperis* or to pay the filing fee by August 6, 2021. The plaintiff was warned that the failure to file or pay the fee by that deadline would result in a recommendation that this case be dismissed.[1] When the plaintiff filed nothing by that deadline and did not pay the fee, the magistrate judge entered a report and recommendation (R&R) that this case be dismissed.[2] The deadline for the plaintiff to object to that recommendation was October 1, 2021, and the plaintiff neither filed objections nor moved to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Having reviewed the R&R, I find good cause to adopt it, and I do.

---

[1] ECF No. 3.

[2] ECF No. 4.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 4] is ADOPTED** in its entirety.  This action is DISMISSED.  The Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 12, 2021